# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## BALLOT TITLES CERTIFIED

### May 12, 2014

Dixon v. Rosenblum (S062090). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 51 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

### May 16, 2014

McCann v. Rosenblum (S062082-84). The objections to the Attorney General's modified ballot title filed by petitioner Elspeth McCann and by petitioners Paul Romain and Ronald R. Dodge are not well taken, and the court denies the same. The court certifies to the Secretary of State the Attorney General's modified ballot title for Initiative Petition No. 47 (2014). ORS 250.085(10)(a).